JON M. SANDS
Federal Public Defender
LAURA LYNN SANDOVAL-GREEN
CA Bar No. 337692
Assistant Federal Public Defender
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
(602) 382-2700
Lauralynn_sandoval@fd.org
*Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Tyler Kontos,<br><br>  Defendant. | No. CR-25-00915-01-PHX-SMB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE is hereby given, in accordance with Local Rule of Criminal Procedure 57.14 and Local Rule of Civil Procedure 83.3(a), that Assistant Federal Public Defender Laura Lynn Sandoval-Green is added as co-counsel with Assistant Federal Public Defender Susan E. Anderson and Assistant Federal Public Defender Ian O. Bucon, as attorneys for Defendant Tyler Kontos.

Respectfully submitted:   August 7, 2025.

JON M. SANDS
Federal Public Defender

*s/Laura Lynn Sandoval-Green*
LAURA LYNN SANDOVAL-GREEN
Assistant Federal Public Defender
*Attorney for Defendant*