# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00915-001-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Tyler Kontos, | |
| Defendant. | |

Upon motion of the Federal Public Defender, and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and withdrawing Assistant Federal Public Defenders Susan E. Anderson, Ian O. Bucon, Laura Lynn Sandoval-Green, and the Office of the Federal Public Defender for the District of Arizona, as counsel of record for defendant Tyler Kontos in the above-entitled action.

**IT IS FURTHER ORDERED** appointing CJA Panel Attorney Walter Ulrich as counsel of record for defendant Tyler Kontos, effective immediately.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)_____ from _____ to _____.

Dated this 4th day of February, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge