TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

LORINDA LARYEA
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
WILLIAM HOCHUL III
Trial Attorneys
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: shane.butland2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. 24-CR-01040-PHX-ROS |
| v. | **UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE** |
| United States of America, | **(Filed Under Seal)** |
| Plaintiff, | |
| vs. | |
| 1. Tyler Kontos, | |
| 2. Joel "Max" Kupetz, and | |
| 3. Jorge Kinds, | |
| Defendants. | |

The United States of America respectfully moves this Court for an Order continuing

the status conference in the above captioned matter, which is currently set for April 15, 2026, until a date between April 28 and May 1, 2026. Defendants Tyler Kontos and Jorge Kinds do not oppose the relief sought herein.[1]

A status conference in this matter was originally scheduled for November 12, 2025. [ECF No. 36].

On September 19, 2025, defendant Kontos moved to continue the status conference for a period of approximately thirty days to afford him additional time to review discovery and analyze the case. [ECF No. 41]. The Court granted Kontos's request and reset the status conference to December 15, 2025. [ECF No. 42].

On December 5, 2025, based on the parties' joint request, the Court reset the status conference to April 6, 2025. [ECF No. 53].

On March 31, 2026, due to a conflict in the Court's calendar, the Court reset the status conference to April 15, 2026. [ECF No. 66].

On April 1, 2026, defendant Kinds moved the court to reset the status conference due to counsel's unavailability on April 15. [ECF No. 67]. The Court denied Kinds' motion with leave to refile with the position of the co-defendants and the government. [ECF No. 68].

Due to the parties' various scheduling issues, the government and counsel for Kontos and Kinds respectfully ask the Court to reset the status conference for a date between April 28 and May 1, 2026.

---

[1] Counsel for Joel "Max" Kupetz has not responded to the United States' efforts to meet and confer regarding continuing the status conference.

Respectfully submitted this 7th day of April, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*/s/ Matthew Williams*
MATTHEW WILLIAMS
Assistant U.S. Attorney


LORINDA LARYEA
Chief
Criminal Division, Fraud Section
U.S. Department of Justice


*/s/ Shane Butland*
SHANE BUTLAND
Trial Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>         v.<br><br>United States of America,<br><br>                    Plaintiff,<br><br>      vs.<br><br>  1.  Tyler Kontos,<br><br>  2.  Joel "Max" Kupetz, and<br><br>  3.  Jorge Kinds,<br><br>                    Defendants. | Case No. 24-CR-01040-PHX-ROS<br><br>**ORDER TO CONTINUE STATUS CONFERENCE** |

Having reviewed and considered the United States' unopposed motion to continue the status conference in the above-captioned matter, and good cause appearing,

**IT IS ORDERED** that the United States' Unopposed Motion to Continue Status Conference is granted.

**IT IS FURTHER ORDERED** that the Status Conference is reset for _____, 2026.

DATED this _____ day of _____, 2026.

_____
HONORABLE SUSAN M. BRNOVICH
United States District Court Judge